LANG, Respondent, v. STATEN ISLAND M. R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 14, 1900.) Action by Charles Lang against the Staten Island Midland Railroad Company. No opinion. Judgment of the municipal court unanimously affirmed, with costs.

LASSALL v. PATI et al. (Supreme Court, Appellate Division, First Department. May 11, 1900.) Action by Charles Lassall against Pasquale Pati and others. No opinion. Motion granted, with $10 costs. See 55 N. Y. Supp. 1084.

LE CLARE et al., Appellants, v. COLBURN, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 10, 1900.) Action by James F. Le Clare and another against Newell N. Colburn. No opinion. Judgment of the county court affirmed, with costs.

LEE, Respondent, v. WESTCHESTER ELECTRIC RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 1, 1900.) Action by Irving H. Lee against the Westchester Electric Railway Company, sued as the Westchester Electric Railroad Company. No opinion. Judgment of the municipal court affirmed on argument, with costs.

In re LEWIS. (Supreme Court, Appellate Division, Third Department. January 23, 1900.) In the matter of the proceedings to punish David Lewis for contempt in the action of Dean Sage and Sarah Manning Sage against Michael F. Cronin. No opinion. Order affirmed, with $10 costs and disbursements.

LINDENMEYR v. SONNTAG et al. (Supreme Court, Appellate Division, First Department. May 18, 1900.) Action by Gustav Lindenmeyr against Louis Sonntag and others. C. R. Westbrook, for plaintiff. No opinion. Order affirmed, with $10 costs and disbursements.

LINK v. MACK. (Supreme Court, Special Term, Onondaga County. October, 1899.) Action by Matthias J. Link against Martin T. Mack. Motion by plaintiff for a new trial upon the ground of newly-discovered evidence. See 56 N. Y. Supp. 115. H. L. Hooker, for the motion. W. M. Rogers, opposed.

HISCOCK, J. I think there is sufficient reason for granting the motion of plaintiff, which is done. As a condition of granting such new trial, however, plaintiff will be required to pay to defendant the taxable costs included in his judgment. Keister v. Rankin, 34 App. Div. 288, 292, 54 N. Y. Supp. 274; People v. Holmes, 32 App. Div. 148, 151, 52 N. Y. Supp. 939. Motion granted.

LLOYD, Respondent, v. THOMPSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. April 3, 1900.) Action by Aaron Lloyd against Lemon Thompson, Jr., and John A. Dix, as survivors, etc., and the Ne-ha-se-ne Park Association.

PER CURIAM. Judgment and order reversed, and a new trial ordered, with costs to the appellant to abide the event, upon authority of Association v. Lloyd, 7 App. Div. 359, 40 N. Y. Supp. 58, and also upon authority of the decision of this court in the same case, decided at the November term, 1899, without opinion. 61 N. Y. Supp. 1143. See 60 N. Y. Supp. 72.